UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIE JEFFERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-CV-219 ACL |
| J. HUDGENS, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On October 13, 2016, counsel for defendant informed the Court that he could not waive service on defendant M. Boldin because there is no person employed at the Missouri Department of Corrections with that name. Therefore, plaintiff must inform the Court of defendant's actual name, or the Court will dismiss defendant from this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must inform the Court, no later than fourteen (14) days from the date of this Order, of defendant's actual name.

Dated this 7th day of November, 2016.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE