UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIE JEFFERSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:16-CV-219 ACL |
| J. HUDGENS, et al., | ) ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for additional time to respond to the Court's Order dated November 7, 2016, in which the Court directed him to submit the correct name for defendant M. Boldin. He also requests additional time to respond to defendant Hudgens's answer.

The motion is granted in part. Plaintiff has until December 21, 2016, to learn Boldin's correct name. However, the Federal Rules do not permit a reply to an answer without a court order. *See* Fed. R. Civ. P. 7(a)(7). The Court does not believe that a reply to defendant's answer is necessary. So, plaintiff may not file one.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [ECF No. 14] is **GRANTED** in part and **DENIED** in part. Plaintiff's response is due no later than **December 21, 2016**.

Dated this 22nd day of November, 2016.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE