# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| WILLIE JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     No. 1:16-CV-219 ACL |
| | ) |
| J. HUDGENS, et al., | ) |
| | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On October 13, 2016, defense counsel informed the Court that it could not waive service for defendant M. Boldin because Boldin is not a current employee of the Department of Corrections. However, counsel did not notify the Court whether Boldin is a former employee of the Department. If Boldin is a former employee, then counsel must notify the Court, *in camera*, of his last known residential address.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel must notify the Court, within fourteen (14) days from the date of this Order, whether defendant M. Boldin is a former employee of the Department of Corrections.

**IT IS FURTHER ORDERED** that if Boldin is a former employee, then counsel must notify the Court, *in camera*, of his last known residential address.

Dated this 1st day of February, 2017.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE